UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAMOUNT INTERNATIONAL ASSOCIATION LTD., c/o SCAN TRANS INC.,    Plaintiff,<br><br>-v-<br><br>COMPANHIA SIDERURGICA NACIONAL -CSN EXCO a/k/a COMPANHIA SIDERURGICA NACIONAL a/k/a CSN,    Defendant. | Case No. 07 CV 8615 (RMB)<br><br>**Rule 7.1 Statement** |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _defendant Companhia Siderugica Nacional-CSN-EXCO_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    Defendant has no publicly-held parents, affiliates, and/or subsidiaries.

Fran M. Jacobs
DUANE MORRIS LLP
1540 Broadway
New York, NY   10036
(212) 692-1000

Date: November 8, 2007

_Fran M. Jacobs_
Signature of Attorney

Attorney Bar Code: FJ-0892