UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SEAMOUNT INTERNATIONAL ASSOCIATION :
LTD., c/o SCAN TRANS INC.,

                Plaintiff,   :  07 CV 8615 (RMB)

                v.   :

COMPANHIA SIDERURGICA NACIONAL -   :  **AFFIDAVIT OF SERVICE**
CSN EXCO a/k/a COMPANHIA SIDERURGICA
NACIONAL a/k/a CSN,

                Defendants.   :
------------------------------------------------------------------------x

STATE OF NEW YORK   )
                                    :
COUNTY OF NEW YORK  )

       CATHY SMITH, being duly sworn, deposes and says:

       1.     I am employed by the firm of Duane Morris LLP. I am over 18 years of age, reside in Passaic County, New Jersey and am not a party to this action.

       2.     On November 8, 2007, I served the Answer to Verified Complaint and Rule 7.1 Statement by depositing in the official depository maintained and exclusively controlled by the United States Government at 340 West 42nd Street, New York, NY 10036-9998, a true and correct copy of the same, properly enclosed in a postpaid wrapper addressed to counsel at the following address designated by them for that purpose;

Patrick F. Lennon<br>
Nancy Rebecca Peterson<br>
Lennon, Murphy & Lennon, LLC<br>
The Graybar Building<br>
420 Lexington Avenue<br>
Suite 300<br>
New York, NY  10170

_____
Cathy Smith

Sworn to before me this
8th day of November, 2007

_____
Notary Public

DM1\1222637

Javier Chavez, Jr.
Notary Public, State of New York
No. 02CH6167265
Qualified in New York County
Commission Expires May 29, 2011